26-20561

REC'D:BANKRUPTCY:NJ
2026 SEP 16 PM3:08:8

Certificate Number: 14751-NJ-CC-041368288

14751-NJ-CC-041368288

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 25, 2026, at 3:12 o'clock PM PDT, RAUL PENARANDA received from $$$$$$0$ Bk Class, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 25, 2026

By: /s/AMEY AIONO

Name: AMEY AIONO

Title: Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

'S
:E®

# PRIORITY®
# MAIL

PRIORITY MAIL
POSTAGE REQUIRED

Please Recycle

ns apply).*
inations.

ie Domestic
' coverage.

UNITED STATES POSTAL SERVICE® | www.pitneybowes.com

P

US POSTAGE PAID IMI
09/11/2026
From 07036
Zone 1

Pitney Bowes CommPrice
Flat Rate Envelope

028W0002312161
9047945694

USPS PRIORITY MAIL®

Ariel Alvarez, Esq
Law Office of Ariel Alvarez
500 N Wood Ave, Ste 4A
Linden NJ 07036-4163

Expected Delivery Date: 09/14/2026

0003

C014

US BANKRUPTCY COURT
MLK JR. FEDERAL BUILDING
50 WALNUT ST
NEWARK NJ 07102-3551

USPS TRACKING #

9405 5401 0962 8158 5858 70

RAUL PENARANDA - CHAPTER 7 BANKRUPTCY

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. ... This packaging is not for resale. EP14 © U.S. Postal Service; March 2020; All rights reserved.

DuPont™ Tyvek®

ORDER FREE ...